UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-28-01-JL

<u>Kevin Poole</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; continuance is limited to 60 days. Final Pretrial is rescheduled to September 1, 2010 at 2:00 PM; Trial is continued to the two-week period beginning September 8, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                /s/ Joe Laplante
                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date:  June 16, 2010

cc:  Jonathan Saxe, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation