UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-28-01-JL

<u>Kevin Poole</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted - continuance is limited to 60 days; Final Pretrial is rescheduled to October 21, 2010 at 11:00 AM; Trial is continued to the two-week period beginning November 2, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
United States District Judge

Date:  August 13, 2010

cc:  Sven Wiberg, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation