UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 10-cr-28-01-JL

<u>Kevin Poole</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted; No further continuances without a hearing, and without a showing of good cause which is not the same cause supporting this continuance. Final Pretrial is rescheduled to November 19, 2010 at 4 PM; Trial is continued to the two-week period beginning December 1, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  October 15, 2010

cc:  Sven Wiberg, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation